SULLIVAN, HILL, LEWIN, REZ & ENGEL  **Electronically Filed: September 22, 2010**
A Professional Law Corporation
  Christine A. Roberts, NV SBN 6472
  Elizabeth E. Stephens, NV SBN 5788
228 South Fourth Street, First Floor
Las Vegas, NV 89101
Telephone: (702) 382-6440
Fax Number: (702) 384-9102

Proposed Attorneys for Yvette Weinstein,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
District of Nevada

| | |
|---|---|
| In re | CASE NO.  BK-S-10-19096-LBR |
| ANA J. FOX, | Chapter 7 |
| Debtor. | **CERTIFICATE OF SERVICE** |
| | Date:  September 29, 2010 |
| | Time:  11:00 a.m. |
| | Ctrm:  LBR - Courtroom 1 |
| | Foley Federal Building |
| | 300 Las Vegas Blvd. South |
| | Las Vegas, NV 89101 |
| | Judge: Hon. Linda B. Riegle |

**CERTIFICATE OF SERVICE**

I am employed in Clark County.  I am over the age of 18 and not a party to this action.  My business address is 228 South Fourth Street, First Floor, Las Vegas, Nevada 89101.

On September 22, 2010, I served the foregoing document(s), described as:

1. **REPLY TO DEBTOR'S RESPONSE TO OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION AND MOTION FOR TURNOVER;**

☒ by placing ☐ the original ☒ a true copy thereof, by the following means to the persons as listed below:

☒ **A.    ECF SYSTEM** (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary*)

- BLAKE A. FIELD    bfield@nvconsumerlaw.com, akorovich@nvconsumerlaw.com
- U.S. TRUSTEE - LV - 7    USTPRegion17.LV.ECF@usdoj.gov
- YVETTE WEINSTEIN    yweinsteinhsd@earthlink.net, NV08@ecfcbis.com

314017                                              - 1 -

1  ☒   **B.**   **UNITED STATES MAIL, postage fully prepaid** (*List persons and addresses.*
2       *Attach additional paper if necessary*)

| BLAKE A. FIELD, ESQ. | RECOVERY MANAGEMENT SYSTEMS |
| THE LAW OFFICE OF BLAKE A. FIELD, LTD. | CORPORATION |
| 1641 E. FLAMINGO, STE 7 | 25 S.E. SECOND AVENUE |
| LAS VEGAS, NV 89119 | INGRAHAM BUILDING, SUITE 1120 |
|  | MIAMI, FL 33131-1605 |
| U.S. TRUSTEE - LV - 7 | YVETTE WEINSTEIN |
| 300 LAS VEGAS BOULEVARD, SO. SUITE 4300 | 6450 SPRING MTN RD #14 |
| LAS VEGAS, NV 89101 | LAS VEGAS, NV 89146 |

☐   **C.**   **PERSONAL SERVICE** (*List persons and addresses. Attach additional paper if necessary.*) I personally delivered the document(s) to the persons at these addresses:

   ☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) in the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

   ☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐   **D.**   **BY DIRECT E-MAIL (as opposed to through the ECF System)** (*List persons and email addresses. Attach additional paper if necessary.*)

   Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐   **E.**   **BY FAX TRANSMISSION** (*List persons and fax numbers. Attach additional paper if necessary.*)

   Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

314017                                         - 2 -

1  ☐    **F.**    **BY MESSENGER** (*List persons and addresses.  Attach additional paper if necessary.*)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (*A declaration by the messenger must be attached to this Certificate of Service*).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 22, 2010 at Las Vegas, NV.

                                                */s/ Shelley Calderone*
                                                Shelley Calderone