UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: ANA J. FOX ) <br> ) <br> _____ ) <br> Debtor(s) ) <br> ) <br> YVETTE WEINSTEIN, TRUSTEE ) <br> ) <br> ) <br> Appellant(s) ) <br> vs ) <br> ) <br> ANA J. FOX ) <br> ) <br> _____ ) <br> Appellee(s) | Bankruptcy No.: 10-19096-LBR <br><br> BAP: <br><br> Appeal Ref: 10-38 <br><br> NOTICE OF REFERRAL OF APPEAL TO BANKRUPTCY APPELLATE PANEL |

TO: ALL PARTIES IN APPEAL:

    YOU ARE HEREBY NOTIFIED that a Notice of Appeal has been filed by YVETTE WEINSTEIN, TRUSTEE with the Clerk of the Bankruptcy Court on 12/28/2010 . By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to the U.S. Bankruptcy Appellate Panels of the Ninth Circuit (BAP).

    Any party desiring to object to such referral must do so in conformity with the foregoing orders and their provisions for reference to BAP, a copy thereof being attached.

    For further information, you may contact the Clerk of the Bankruptcy Appellate Panel at 125 South Grand Ave, Pasadena, CA 91105, or phone (626) 229-7225.

| | |
|---|---|
| DATE:    12/30/2010 | Mary A. Schott, CLERK |
| | By:    /S/ M. BREAREY<br>Deputy Clerk<br>U.S. Bankruptcy Court<br>300 Las Vegas Blvd., So.<br>Las Vegas, NV 89101 |

CC:

BANKRUPTCY APPELLATE PANEL
125 S. GRAND AVENUE
PASADENA, CA 91105

ELIZABETH A. STEPHENS, ESQ.
228 SOUTH FOURTH STREET, FIRST FLOOR
LAS VEGAS, NV 89101

BLAKE A. FIELD, ESQ.
1641 E. FLAMINGO, STE. 7
LAS VEGAS, NV 89119

NTCBAP.wpd rev. 3/08          2